**An NGUYEN, Individually and On Behalf of All Others Similarly Situated, Plaintiff Below, Appellant,**

v.

**Michael G. BARRETT, Thomas R. Evans, Robert P. Goodman, Patrick Kerins, Ross B. Levinsohn, Wenda Harris Millard, James A. Tholen, AOL Inc., and Mars Acquisition Sub, Inc., Defendants Below, Appellees.**

**No. 550, 2015**

Supreme Court of Delaware.

Submitted: October 8, 2015
Decided: October 9, 2015

Court Below—Court of Chancery of the State of Delaware, C.A. No. 11511–VCG

REFUSED.